Charles M. Leftwich, Jr. (018465)
**LEFTWICH LAW, PLLC**
1423 S. Higley Road, Suite 127
Entrada Building 11
Mesa, AZ 85206
Tel (602) 266-8080
charles.leftwich@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUTPCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| **KEN VOLK** | Case No. 2:16-bk-09691-DPC |
| Debtor | **NOTICE OF LIMITED APPEARANCE AT STATUS HEARING DATED 8/21/17 @ 1:30PM** |
| xxx-xx-9874 | RE: TRUSTEE'S DISMISSAL ORDER AND THE AMENDED CHAPTER 13 PLAN |

NOTICE IS HEREBY GIVEN that attorney Mr. Adam Hauf of Hauf Law, PLC will appear at the Status Hearing scheduled for August 21, 2017 at 01:30 p.m. on behalf of Charles M. Leftwich, the attorney for the debtor. Mr. Hauf has not received any compensation for his appearance. Please note, Mr. Hauf is not counsel of record and should not be added to the Master Mailing Matrix.

Dated 20th Day of August, 2017

                                                             **LEFTWICH LAW, PLLC**

                                                             /s/ CML 018465
                                                             Charles M. Leftwich, Esq.
                                                             Attorney for Debtor